■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD T. COUNCIL, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, et al., Respondents.—Appeal unanimously dismissed as moot (see *People ex rel. Wilder v Markley,* 26 NY2d 648). (Appeal from judgment of Wyoming County Court—habeas corpus.) Present—Cardamone, J. P., Simons, Dillon, Goldman and Witmer, JJ.

■ MARK DENNIS, Respondent, v CITY OF SYRACUSE, Appellant.—Orders unanimously affirmed, with costs. Memorandum: In the circumstances in the record before us County Court's dismissal of the appeal was a proper exercise of the court's discretion. (Appeals from orders of Onondaga County Court—dismiss appeal.) Present—Cardamone, J. P., Simons, Dillon, Goldman and Witmer, JJ.

■ In the Matter of the Commitment to a State Hospital for the Mentally Ill of WILLIAM SIMPSON, an Alleged Mentally Ill Inmate.—Order unanimously affirmed, without costs. Memorandum: The testimony of the examining doctors at the hearing on the petition for appellant's commitment for custody and treatment at a State hospital for the mentally ill, together with the records of appellant's behavior in Auburn Correctional Facility and of prior mental examinations of him, fully support and justify the order committing him to Matteawan Hospital. (Appeal from order of Cayuga County Court—commitment to State hospital.) Present—Cardamone, J. P., Simons, Dillon, Goldman and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v ROBERT MORIN, Defendant.—Motion for change of venue denied. Memorandum: It does not appear on this application that a fair and impartial trial cannot be had in Onondaga County. Since the case has not yet progressed to the *voir dire* of potential jurors, we deem this application premature *(People v Hatch,* 46 AD2d 721).

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DONALD ROWE, Respondent.—Motion granted and appeal dismissed. No appeal lies from a trial order of dismissal (see *People v Consolazio,* 40 NY2d 446; *People v Brown,* 40 NY2d 381; *People ex rel. Pendleton v Smith,* 54 AD2d 195; *People v Gesegnet,* 47 AD2d 333).